November 7, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

KENDRA CAIN, Appellant

NO. 14-13-00825-CV                    V.

ESTATE OF LYDIA TEBO NORMAN, AS ESTATE REPRESENTATIVE OF
LYDIA TEBO NORMAN, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 26, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Kendra Cain.

We further order this decision certified below for observance.